726 A.2d 1041

**Elizabeth A. ALLEN, Petitioner/Cross–Respondent,**

v.

**Kenneth E. MELLINGER and Commonwealth of Pennsylvania, Department of Transportation, Respondent/Cross–Petitioner.**

Supreme Court of Pennsylvania.

March 24, 1999.

## ORDER

PER CURIAM:

**AND NOW**, this 24 [th] day of March 1999, the Petitions for Allowance of Appeal are GRANTED, limited to the following issue:

Whether the Commonwealth Court erred in affirming the trial court's failure to hold respondent jointly and severally liable for delay damages on the total verdict rather than respondent's proportionate share?

The Cross Petitions for Allowance of Appeal are DENIED.